UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. BOOTH, | CASE NO. 1:21-cv-00123-GSA-PC |
| Plaintiff, | ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION, RANDOMLY ASSIGN A DISTRICT JUDGE, AND RANDOMLY REASSIGN A MAGISTRATE JUDGE OTHER THAN MAGISTRATE JUDGE GARY S. AUSTIN |
| v. | |
| CAMPBELL, et al., | |
| Defendants. | |

This case was filed on January 29, 2021, by plaintiff Patrick J. Booth, a state prisoner proceeding *pro se* and *in forma pauperis*  The action was inadvertently designated at opening as a prisoner conditions-of-confinement case.

Therefore, the Clerk's Office is HEREBY DIRECTED to:

1.      Re-designate this action as a 440 civil action;

2.      Randomly assign this case to a district judge; and

3.      Randomly reassign this case to a magistrate judge other than Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated:   __March 30, 2022__          _____/s/ Gary S. Austin_____
                                        UNITED STATES MAGISTRATE JUDGE