UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. BOOTH, | Case No.  1:21-cv-00123-JLT-BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 17) |
| TOLBERT CAMPBELL, et al., | |
| Defendants. | |

The assigned magistrate judge issued findings and recommendations that this action be dismissed for failure to state a cognizable claim upon which relief may be granted.  (Doc. 17.) Plaintiff filed objections on June 29, 2022.  (Doc. 18.)

According to 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections, the court finds that the findings and recommendations are supported by the record and proper analysis. Plaintiff's objections provide no basis for rejecting the magistrate judge's findings and recommendations. Thus, the Court **ORDERS**:

1.      The findings and recommendations issued on June 29, 2022 (Doc. 17) are **ADOPTED IN FULL**.

2.      This action is **DISMISSED** for failure to state a cognizable claim upon which relief may be granted; and

1

3.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 12, 2022**

_____
UNITED STATES DISTRICT JUDGE

2